UNITED STATES COURT OF APPEALS

FILED

BILLINGS DIV.

FOR THE NINTH CIRCUIT

2007 MAY 14 PM 1 29

PATRICK E. DUFFY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30186 |
| | D.C. No. CR-05-00052-2-RFC |
| Plaintiff - Appellee, | |
| V. | |
| | **JUDGMENT** |
| CHUOI SAM, | |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30331 |
| | D.C. No. CR-05-00052-RFC |
| Plaintiff - Appellee, | |
| V. | |
| | **JUDGMENT** |
| YURI CHACHANKO, | |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Montana (Billings).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Montana (Billings) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 04/18/07

A TRUE COPY
ATTEST $5/18/07$
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk

# FILED

APR 18 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CHUOI SAM,<br><br>Defendant - Appellant. | No. 06-30186<br><br>D.C. No. CR-05-00052-2-RFC<br><br>MEMORANDUM[*] |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>YURI CHACHANKO,<br><br>Defendant - Appellant. | No. 06-30331<br><br>D.C. No. CR-05-00052-RFC |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, District Judge, Presiding

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

finding that the enhancement was warranted. *See* U.S.S.G § 3C1.2; *United States v. Young*, 33 F.3d 31, 32-33 (9th Cir. 1994) (reviewing factual findings for clear error).

**AFFIRMED.**

3

A TRUE COPY
ATTEST   5/10/07
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-30186 USA v. Sam

UNITED STATES OF AMERICA          Ed Zink
    Plaintiff - Appellee          406/657-6101
                                  [COR LD NTC aus]
                                  USBI - OFFICE OF THE U.S.
                                  ATTORNEY
                                  P.O. Box 1478
                                  Billings, MT 59103-1478


   v.

CHUOI SAM                         Frederick W. Snodgrass, Esq.
    Defendant - Appellant        FAX 406/252-8641
                                  406/252-8521
                                  [COR LD NTC cja]
                                  KELLEHER LAW OFFICE
                                  230 Grand Ave.
                                  Billings, MT 59102

INTERNAL USE ONLY: Proceedings include all events.
06-30331 USA v. Chachanko

UNITED STATES OF AMERICA          Ed Zink
    Plaintiff - Appellee          406/657-6101
                                  [COR LD NTC aus]
                                  USBI - OFFICE OF THE U.S.
                                  ATTORNEY
                                  P.O. Box 1478
                                  Billings, MT 59103-1478


    v.


YURI CHACHANKO                    Mark S. Werner, Esq.
    Defendant - Appellant         FAX 406/259-2569
                                  406/259-2459
                                  [COR LD NTC afp]
                                  FDMT - FEDERAL DEFENDERS OF
                                  MONTANA (BILLINGS)
                                  P.O. Box 1778
                                  Billings, MT 59103-1778